# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br> Plaintiff, <br><br> v. <br><br> GUIDANCE SOLUTIONS, INC., <br><br> Defendant. | Civil Action No. 2:16-cv-1412-JRG <br> LEAD CASE |
| VOLUSION, LLC and KIBO SOFTWARE, INC., <br><br> Defendants. | Civil Action No. 2:17-cv-64-JRG |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration the Joint Motion to Dismiss with Prejudice all claims asserted between Plaintiff Express Mobile, Inc. and Defendants Volusion, LLC and Kibo Software, Inc., and the Court being of the opinion that said motion should be GRANTED, it is hereby:

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff Express Mobile, Inc. against Defendants Volusion, LLC and Kibo Software, Inc., in Civil Action No. 2:17-cv-64. are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 11th day of May, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE